

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2014

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on January 12, 2015.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court